UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, on behalf of itself and its members; and JAMES LEE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SHADOWRIDGE/SUNSET INVESTMENT CO., L.P.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:   23-cv-1999-LAB-MMP<br><br>**ORDER OF DISMISSAL [Dkt. 3]** |

On January 9, 2024, Plaintiffs filed a notice of voluntary dismissal with prejudice of the entire case. (Dkt. 3). Plaintiffs represent the parties have settled this case. (*Id.* at 2). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED WITH PREJUDICE** in its entirety. The Clerk is directed to terminate this case.

**IT IS SO ORDERED**.

Dated: January 11, 2024

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge